

Alex Leibson
Partner
aleibson@abramslaw.com

December 2, 2024

**PERSONAL AND CONFIDENTIAL**
United States District Court – Southern District of New York
Attn: Daniel Ortiz - Clerk of the Court
40 Foley Square
New York, New York 10007

      Re:    *Professional Fighters League v. Millions.co Inc.*
             Dkt. No. 1:24-cv-08121

Dear Mr. Ortiz:

      This office serves as counsel for the Plaintiff in the above referenced matter. I write with regard to the entry in Dkt. No. 1 for this matter wherein the Court provides guidance for a new civil action that has administratively been closed due to a failure to cure a deficiency in an improperly filed pleading.

      In furtherance of such guidance, please allow this letter to serve as a "Notice of Application to Reopen Case." I have cured the deficiency indicated in the docket (e.g. failure to file the initial pleading and a cover sheet), by filing the Complaint and Civil Cover Sheet (*see* Dkt. Nos. 2 and 3). I have also filed a "Request for Issuance of Summons," which the Court has graciously returned (*see* Dkt. Nos. 5 and 6).

      Accordingly, I respectfully request that the case be re-opened. I thank the clerk and the Court for their anticipated courtesies.

                                        Sincerely,

                                        *Alex Leibson*
                                        Alex Leibson