USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                                  :

PROFESSIONAL FIGHTERS LEAGUE, LLC,    :

                                  Plaintiff,    :    1:24-cv-08121-GHW

            -against-                             :    ORDER

MILLIONS.CO INC.,    :

                                  Defendant.    :

------------------------------------------------------------------------X

GREGORY H. WOODS, District Judge:

On December 3, 2024, counsel for Plaintiff submitted a "Notice of Application to Reopen Case," which was also titled "Personal and Confidential." Dkt. No. 8 (the "Letter"). Counsel for Plaintiff is directed to review the docket and identify whether the case was closed as of the date of the Letter. Plaintiff is directed to submit an update by no later than December 10, 2024 specifying whether there is any action that Plaintiff is requesting of the Court, and explaining whether the designation of the Letter as "Personal and Confidential" requests relief from the Court.

SO ORDERED.

Dated: December 4, 2024
New York, New York

                                                                                   GREGORY H. WOODS
                                                                  United States District Judge