```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PROFESSIONAL FIGHTERS LEAGUE, LLC,        :
                                          :
                          Plaintiff,      :
                                          :                   1:24-cv-08121-GHW
            -against-                     :
                                          :                         ORDER
MILLIONS.CO INC.,                         :
                                          :
                          Defendant.      :
                                          :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

In the Court's order dated November 22, 2024, Dkt. No. 7, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than January 14, 2025. The Court has not received the joint status letter or proposed case management plan. The parties are directed to comply with the Court's November 22, 2024 order forthwith and in any event no later than January 17, 2025.

Additionally, on December 4, 2024, Plaintiff was directed to submit an update by no later than December 10, 2024 specifying whether there is any action that Plaintiff is requesting of the Court with respect to Plaintiff's December 3, 2024 filing. Dkt. No 8. The Court has not received Plaintiff's update letter. Plaintiff is directed to comply with the Court's December 4, 2024 order forthwith and in any event no later than January 17, 2025.

Plaintiff is directed to serve a copy of this order on Defendant in this action and to retain proof of service.

SO ORDERED.

Dated:  January 15, 2025
New York, New York
                                                  _____
                                                       GREGORY H. WOODS
                                                    United States District Judge