UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

PROFESSIONAL FIGHTERS LEAGUE, LLC,

                               **Plaintiff,**

          -against-

MILLIONS.CO INC.,

                               **Defendant.**

-----------------------------------------------------------------X

24-CV-8121 (VF)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/2025

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are ordered to file a joint status letter no later than **June 9, 2025**, providing the Court a brief statement of the status of fact discovery.

**SO ORDERED.**

DATED:    New York, New York
               April 22, 2025

                                                               VALERIE FIGUEREDO
                                                               United States Magistrate Judge