```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/16/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

PROFESSIONAL FIGHTERS LEAGUE, LLC,

                      Plaintiff,                    24-CV-8121 (VF)

  -against-                                   **ORDER**

MILLIONS.CO INC.,

                      Defendant.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are ordered to file a joint status letter no later than **August 29, 2025**, providing the Court a brief statement of the status of fact discovery.

**SO ORDERED.**

DATED:      New York, New York
                July 16, 2025

                                                        _____
                                                         VALERIE FIGUEREDO
                                                         United States Magistrate Judge